IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAYDEN BRADLEY WESTFALL, <br><br> Defendant. | CR 23–42–M–DLC <br><br><br> ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 51.) Defendant Shayden Bradley Westfall has been adjudged guilty of possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), as charged in Counts 2 and 3 of the Indictment.[1] (Doc. 50.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 51) is GRANTED.

IT IS FURTHER ORDERED that Westfall's interest in the following

---

[1] The Motion for Preliminary Order of Forfeiture erroneously states that Westfall plead guilty to Count 1 of the indictment, which charged conspiracy to possess with intent to distribute fentanyl. (Docs. 51-1 at 2, 52-2 at 1.) Westfall did not plead guilty to Count 1. (Doc. 50.)

1

property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11), and 18 U.S.C. § 924(d):

- Sig Sauer .40 Caliber Pistol, SN 58B023209.

IT IS FURTHER ORDERED that the Department of Alcohol, Tobacco, Firearms, and Explosives and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 7th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court